UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SASSON EFRAT, HEMDA EFRAT;
and JOSEPH EFRAT,

                                Plaintiffs,

                -against-

JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A.,

                                Defendants.
-------------------------------------------------------------- X

18-CV-2266 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared for a conference in this matter on May 18, 2018;

       IT IS HEREBY ORDERED that, for the reasons stated at the conference, Plaintiffs must show cause, by May 24, 2018, why the holding company Defendant, JPMorgan Chase & Co., should not be dismissed pursuant to Federal Rule of Civil Procedure 21. Defendants' opposition is due June 8, 2018, with Plaintiffs' reply, if any, due June 15, 2018.

       IT IS FURTHER ORDERED that discovery is stayed pending the Court's decision on the Rule 21 issue discussed above.

**SO ORDERED.**

**Date: May 21, 2018**
**New York, New York**

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**

Case 1:18-cv-02266-VEC Document 15 Filed 05/21/18 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/18